UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN D. PROTHEROE, | 2:11-CV-00996-PMP-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| ONEWEST BANK REO, LLC, | |
| Defendant. | |

The Court having read and considered Defendant's Motion to Dismiss Complaint (Doc. #5) filed June 30, 2011, Plaintiff's Response in Opposition thereto (Doc. #7) filed July 13, 2011, and it appearing therefrom that Plaintiff has failed to substantially respond to Defendant's Motion to Dismiss, and good cause appearing,

**IT IS ORDERED that** Defendant's Motion to Dismiss Complaint (Doc. #5) is **GRANTED**, and Plaintiff Steven Protheroe's Complaint is hereby **DISMISSED** without prejudice to allow Plaintiff to file an Amended Complaint not later than **August 28, 2011**. In the event Plaintiff fails to file an Amended Complaint, the Order of dismissal entered herein will convert to an Order of Dismissal with prejudice.

DATED: July 28, 2011.

_____
PHILIP M. PRO
United States District Judge