UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| STEVEN D. PROTHEROE, | ) | 2:11-CV-00996-PMP-CWH |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| ONEWEST BANK REO, LLC, | ) | |
| Defendants. | ) | |

On September 13, 2011, Defendant One West Bank REO, LLC, filed a Motion to Dismiss First Amended Complaint (Doc. #12). Notwithstanding the Court's Order (Doc. #16) granting the stipulation of the parties to extend the deadline for Plaintiff's response to Defendant's Motion, Plaintiff has failed to file an opposition. As a result, Plaintiff consents to the granting of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (Doc. #12). Further, a review of the Motion shows that Defendant is entitled to the relief requested on the merits.

**IT IS THEREFORE ORDERED that** Defendant One West Bank REO, LLC's Motion to Dismiss First Amended Complaint (Doc. #12) is **GRANTED**.

DATED: October 12, 2011.

_____
PHILIP M. PRO
United States District Judge